ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DERIC MONROE MASON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. FELKER, Warden,<br><br>　　　　Respondent. | Case No. CV 08-0081-RSWL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: April 30, 2008

RONALD S.W. LEW

_____
Ronald S.W. Lew
Senior United States District Judge